UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harry F. Smithers, Kelliann Smithers<br>Debtor<br>Anna McCloskey<br>Co-Debtor<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust<br>v.<br><br>Harry F. Smithers, Kelliann Smithers<br>Anna McCloskey<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-10624-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date:<br>September 26, 2023 at 11:00 AM<br><br>Objection Deadline:<br>September 11, 2023 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**PLEASE TAKE NOTICE,** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with respect to the property located at 2856 Nautilus Rd, Philadelphia, PA 19154.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 11, 2023 you or your attorney must do all of the following:

(a) file an answer explaining your position at
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street
Suite 204
Robert N.C. Nix Sr. Federal Courthouse
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early

enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

Lauren Moyer
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan at 900 Market Street, Suite 204, Robert N.C. Nix Sr. Federal Courthouse, Philadelphia, PA 19107 on September 26, 2023 at 11:00 AM, unless otherwise ordered by the Court.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.


Dated: August 28, 2023

                                By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Harry F. Smithers
2856 Nautilus Road
Philadelphia, PA 19154
***Bankruptcy Debtor***

Kelliann Smithers
2856 Nautilus Road
Philadelphia, PA 19154
***Bankruptcy Debtor***

Anna Mccloskey
2856 Nautilus Rd
Philadelphia, PA 19154
***Bankruptcy Co-Debtor***

Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
***Debtors' Attorney***

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
***Bankruptcy Trustee***

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
***United States Trustee***