UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Harry F. Smithers and Kelliann Smithers<br>Debtors<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust<br>v.<br><br>Harry F. Smithers and Kelliann Smithers<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-10624-AMC<br><br>CHAPTER 13<br><br>JUDGE: Ashely M. Chan |

**CERTIFICATION OF DEFAULT**

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on October 26, 2023. A copy of the Stipulation is attached hereto as **Exhibit "A"**. Movant certifies that the required Notice of Default required by the Order was sent to Debtors and Debtors' attorney on December 29, 2023 and Debtors have failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit "B"**. In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

Dated: January 22, 2024

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com