# Exhibit "B"



_____
1325 Franklin Avenue Suite 160
t: 212-471-5100 f:212-471-5150
friedmanvartolo.com

December 29, 2023

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Brad J. Sadek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard – Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com

**RE:**   Harry F. Smithers & Kelliann Smithers
Bankruptcy Case No. 23-10624-AMC
Notice of Default of Stipulation

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation, as Servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust regarding the above-referenced matter.

This notice is to advise that your client has not tendered timely payments in accordance with the Stipulation entered by the Court on October 26, 2023 and per the Order, is due for the following:

| | |
|---|---|
| Monthly Payments due 11/01/2023-12/01/2023 @ $813.86 | $1,627.72 |
| **Total Due and Owing good through December 28, 2023** | **$1,627.72** |

Payment should be made by bank or certified funds and mailed directly to:
SN Servicing Corporation
PO Box 660820
Dallas TX 75266

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

                                                                                          Yours truly,
                                                                                          /s/ Lauren M. Moyer, Esq.
                                                                                          Lauren M. Moyer, Esquire

cc:

Harry F. Smithers
2856 Nautilus Road
Philadelphia, PA 19154
Bankruptcy Debtor

Kelliann Smithers
2856 Nautilus Road
Philadelphia, PA 19154
Bankruptcy Debtor

Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320
900 Market Street
Philadelphia, PA 19107
United States Trustee